JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYANIN HUERTA, an individual, and SALON ENVIOS, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 2:23-cv-7539-DFM<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: October 11, 2024    By: _____
Hon. Douglas F. McCormick
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

1
[PROPOSED] ORDER OF DISMISSAL